IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00882-AP

BEN BORROEL,

Plaintiff,

v.

LINDA S. McMAHON,[1] Acting Commissioner of Social Security,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:
BRADLEY N. ROYLANCE, ESQ.
175 South Main Street, Suite 1100
Salt Lake City, Utah 84111
(801) 524-9323
bnr@xmission.com

**For Defendant:**
THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

[1]On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** 05/11/06.

**B. Date Complaint Was Served on U.S. Attorney's Office:** 11/26/06.

**C. Date Answer and Administrative Record Were Filed**: 07/25/06.

Plaintiff advises this Court that although Defendant filed her Answer on July 25, 2006, Plaintiff did not receive a copy of the Answer until December 12, 2006, when Defendant's paralegal emailed a copy of the .pdf Answer file from the PACER website. Plaintiff has contacted the Court and verified that his e-mail address is correct to verify that future electronic filings will reach Plaintiff.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. PROPOSED BRIEFING SCHEDULE**

**A. Plaintiff's Opening Brief Due:** 02/28/07.

**B. Defendant's Response Brief Due:** 03/30/07.

C. **Plaintiff's Reply Brief (If Any) Due:** 04/16/07.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
***Indicate below the parties' consent choice.***

A. **(X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 8th day of February, 2007.

BY THE COURT:

***S/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Bradley N. Roylance
By: BRADLEY N. ROYLANCE
175 South Main Street, Suite 1100
Salt Lake City, Utah 84111
(801) 524-9323
bnr@xmission.com

Attorney for Plaintiff

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant